**Dismissed and Opinion Filed January 8, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00901-CR

**WILLIE DAVID GRIFFIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MA13-63040-E**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this

decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140901F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

WILLIE DAVID GRIFFIN, Appellant

No. 05-14-00901-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 4, Dallas County, Texas

Trial Court Cause No. MA13-63040-E.

Opinion delivered per curiam before Justices Bridges, Lang-Miers, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered January 8, 2015.